IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WENDELL BRIAN WILCOX, § | | |
|    PLAINTIFF, § | | |
| § | | |
| v. § | No. 3:10-CV-1920-K | |
| § | | |
| JP MORGAN CHASE BANK, N.A., § | | |
| CHASE HOME FINANACE LLC, and § | | |
| JP MORGAN CHASE & CO., § | | |
|    DEFENDANTS. § | | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Plaintiff's Motions for Default Judgment (docs. 9,10). The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's Motions for Default Judgment.

**SO ORDERED**.

Signed this 16th day of December, 2010.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE